■ HUNTS POINT INDUSTRIAL PARK, INC., Respondent, v AETNA CASUALTY AND SURETY COMPANY, Appellant, et al., Defendant.—Judgment, Supreme Court, Bronx County, entered March 17, 1975, unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. This was a suit on a policy of insurance against all risks, including windstorm, covering plaintiff's building. We see no basis on which the jury

determination can be faulted. Concur—Stevens, P. J., Kupferman, Murphy, Lupiano and Capozzoli, JJ.